# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROBERT E. WOODWARD,**                                                **PLAINTIFF**
**ADC #0452670**

v.                                  Case No. 5:19-cv-00027-KGB

**JAMES GIBSON, Warden; and**
**SIMPSON, Sergeant, Varner Unit, ADC**                            **DEFENDANTS**

## ORDER

Before the Court are two Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. Nos. 4, 15). Plaintiff Robert E. Woodward filed objections to the first Proposed Findings and Recommendations (Dkt. No. 5). Defendants and Mr. Woodward have filed several other pending motions and filings (Dkt. Nos. 6, 7, 10, 16). The Court has reviewed Judge Volpe's two Proposed Findings and Recommendations, Mr. Woodward's objections and all of his other filings, and reviewed the record *de novo*. The Court determines that Judge Volpe's first Proposed Findings and Recommendations should denied as moot (Dkt. No. 4), and that the second Proposed Findings and Recommendation should be adopted in their entirety as this Court's findings in all respects (Dkt. No. 15).

In the first Proposed Findings and Recommendations, Judge Volpe determines that Mr. Woodward's underlying complaint should be dismissed as being frivolous and failing to state a claim upon which relief can be granted; this Court agrees (Dkt. No. 4, at 4). After Judge Volpe submitted his first Proposed Findings and Recommendations, the parties resolved this case, and several other cases filed by Mr. Woodward, through settlement. Because the parties resolved this case through settlement before this Court ruled on the first Proposed Findings and Recommendations, the Court denies the first Proposed Findings and Recommendations as moot

and will not count this dismissal as a "strike" for purposes of 28 U.S.C. § 1915(g).

Many of the filings now pending relate to the terms of the settlement. By adopting the second Proposed Findings and Recommendations, the Court denies Mr. Woodward's motion to withdraw settlement (Dkt. No. 10), grants the joint motion to dismiss and dismisses with prejudice this action (Dkt. No. 7), denies Mr. Woodward's motion to amend his objections which relate to the first Proposed Findings and Recommendations (Dkt. No. 6), and denies Mr. Woodward's motion to amend judgment (Dkt. No. 16).

As a result, Mr. Woodward's complaint is dismissed with prejudice; the relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

So ordered this 19th day of September, 2019.

_____
Kristine G. Baker
United States District Judge