IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT E. WOODWARD,**                                                      **PLAINTIFF**
**ADC #0452670**

v.                      Case No. 5:19-cv-00027-KGB

**JAMES GIBSON, Warden; and**
**SIMPSON, Sergeant, Varner Unit, ADC**                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Robert E. Woodward's complaint is dismissed with prejudice. The relief requested is denied.

So adjudged this the 19th day of September, 2019.

                                                          _____
                                                          Kristine G. Baker
                                                          United States District Judge